PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

The following constitutes
the order of the court. Signed July 29, 2015

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 10-40988 RE |
| **TODD CHRISTOPHER SORRELL,** | Chapter 13 |
| Debtor. | **JUDGMENT VOIDING LIEN OF BOSCO CREDIT LLC AND ITS SUCCESSORS IN INTEREST** |
| _____/ | |

    On May 18, 2010, this court entered an ORDER VALUING LIEN OF BANK OF AMERICA, NA against certain property of Debtor for purposes of this chapter 13 case. That order was subject to being set aside until Debtor obtained a discharge in this chapter 13 case. Debtor having obtained discharge, the court now therefore enters the following judgment:

    The second lien of Bosco Credit LLC and its successors in interest regarding the property commonly known as 540 Montana St., Brentwood, CA 94513, and lien which was recorded in Contra Costa

1 | County on or about January 11, 2007 as document 2007-0009726-00 and
2 | assigned to Lienholder on or about May 27, 2008, which assignment was
3 | recorded in Contra Costa County on or about July 2, 2008 as document
4 | 2008-0148774-00, is hereby determined to be entirely, permanently, and
5 | for all purposes void and unenforceable.

*** END OF ORDER ***

<pre>
                        COURT SERVICE LIST


Todd Sorrell
540 Montana St.
Brentwood, CA 94513

Attn: Officer or Managing Agent
Bosco Credit LLC
101 Hudson St 25th Fl
Jersey City, NJ 07302

Attn: Officer or Managing Agent
Bosco Credit LLC
C/o CSC – Lawyers Incorporating Service
C/o The Prentice-Hall Corporation System, Inc.
2710 Gateway Oaks Dr. Ste 150N
Sacramento, CA 95833

Attn: Sharon McCann
Bosco Credit LLC c/o Franklin Credit Management Corp.
P.O. Box 2301
Jersey City, NJ 07303-2301

Attn: Andrew Goldberg
Franklin Credit Management Corp.
As servicing agent for Bosco Credit LLC
C/o Rosicki, Rosicki & Associates, P.C.
51 E. Bethpage Road
Plainview, NY 11803
</pre>